## (December 9, 1940.)

EDWARD SCHILLING, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division

denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.